Prob 12A - EZ
(02/2017)

# United States District Court
## for
## Middle District of Tennessee

## Memo on Offender Under Supervision

Name of Offender: <u>Charles Kerr</u>     Case Number: <u>3:10CR00164 001</u>

Name of Current Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Original Offense(s): <u>Dealing in Firearms Without a License, 18 U.S.C. § 922(a)(1)(A)</u>

Original Sentence: <u>17 months' probation</u>

Date Supervision Commenced: <u>July 28, 2016</u>

---

### ALLEGED VIOLATIONS

Mr. Kerr recently tested positive for illegal drug use. The probation office is addressing the matter and is not recommending any further action from the Court at this time.

| Date of Drug Test | Drug Indicated on Test | Admitted Use |
|---|---|---|
| 8/30/17 | Marijuana | Denied |

The offender:
- [x] Has been referred for substance abuse treatment
- [ ] Continues to receive and participate in substance abuse treatment
- [ ] Will participate in an increased frequency of substance abuse treatment
- [ ] Has been placed on a formal random drug testing program
- [x] Continues to be enrolled in a formal random drug testing program
- [ ] Will be subject to an increased frequency of random drug tests

Mr. Kerr is aware of the ramifications set forth in 18 U.S.C. § 3583g (1), (3), and (4) and if drug use persists, despite treatment and testing efforts, the probation office will seek further action before the Court. It should be noted that the Court has previously been advised of the offender's positive drug tests.

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted this 5th day of September, 2017,

Wendi Potter
United States Probation Officer

Approved by:
Vidette Putman
Supervisory U.S. Probation Officer

---

- [x] No further action at this time
- [ ] Submit a petition for a summons
- [ ] Other

Aleta A. Trauger
United Stated District Judge

Date: 9-5-17